NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

_____

2016-1756

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,281.

_____

**O R D E R**

In this appeal from the reexamination of U.S. Patent No. 7,634,288, the third-party requester did not file timely entries of appearance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The revised official caption is reflected above.

(2) A copy of this order shall be transmitted to the Director of the Patent and Trademark Office to inform the Director that the third-party requester is not participating in this appeal. No later than 14 days from the date of filing of this order, the Director of the United States Patent and Trademark Office is directed to inform this court whether she intends to intervene in these appeals.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s31